Charles Brown and Others, Appellants, Impleaded with Edna B. Way and Lydia B. Scherer, Plaintiffs, v. Harriet B. Packard, Defendant, and Noah L. Bishop, Individually and as Executor, etc., of Edward Brown, Deceased, Impleaded in the Place of The Locomotive Engineers' Mutual Life and Accident Insurance Association, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Margaret Byrne, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $500, in which event the judgment, as modified, and order are affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., voted for affirmance.

Martin Byrne, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The City of New York, Respondent, v. Nathan Kovensky and Others, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Patrick Curry, Appellant, v. Nassau Electric Railroad Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The First National Bank of Sing Sing, Respondent, v. Francis Larkin and Isaac B. Noxon, Defendants. Sarah E. Larkin, as Administratrix, etc., of Francis Larkin, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Fuhrer, Respondent, v. The Yorkville Hungarian Social and Benevolent Association of New York, Appellant.— Judgment of the Municipal Court. affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.